# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

KELLY ARNDT and SHIRLEY SILKISS,
individually and o/b/o all others similarly
situated,

    Plaintiffs,

v.

TWENTY-ONE EIGHTY-FIVE, LLC,
a Delaware limited liability company,
and STATE FARM BANK, F.S.B.,
a federal savings bank,

    Defendants.

Class Action

CASE NO.:

_____/

## DECLARATION OF MELISSA KAHN

I, Melissa Kahn, hereby depose and state as follows:

1. I am employed as a Bank Technical Analyst by State Farm Bank. I have personal knowledge of the facts set forth in this declaration. In my role as Bank Technical Analyst, I have access to and am knowledgeable about certain business records of Defendants State Farm Bank, F.S.B. ("State Farm Bank") and Twenty-One Eighty-Five, LLC ("2185"). One of my responsibilities is to coordinate requests for data regarding finance agreements entered into by State Farm Bank and/or 2185.

2. Based on my review of data that is reasonably accessible to State Farm Bank and 2185, in the approximately four-year period beginning October 11, 2015, it appears that State Farm Bank, either on its own behalf or as servicer for 2185, repossessed approximately 1,713 motor vehicles in Florida. Post-repossession, it appears that deficiencies of approximately $12,016,446

1

50872669;3

remained arising out of approximately 1,179 repossessions. Of that, State Farm Bank, either on its own behalf or as servicer for 2185, recovered deficiencies of approximately $3,166,385.

3. My estimations are based on the following data generated on November 20, 2019:

| Year | Number of Repossessions | Total Deficiencies | Total Deficiency Recovery |
| --- | --- | --- | --- |
| 2015 | 51  | $391,425   | $6,365 |
| 2016 | 283 | $2,056,874 | $523,872 |
| 2017 | 409 | $2,997,583 | $583,070 |
| 2018 | 537 | $4,107,755 | $946,269 |
| 2019 | 433 | $2,462,809 | $1,106,809 |

4. I also have knowledge regarding the net worth of State Farm Bank and 2185, which collectively exceeds $50 million.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON: 11/20/2019

By:

*Melissa Kahn* (signature)
Melissa Kahn

2

50872669;3